# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

IN RE:    Michael Patrick Gilliland        Case Number:   13-20651
          Dawn De Gilliland
          Debtors

# UNCLAIMED PROPERTY REPORT

The Trustee now presents to the Clerk of the US Bankruptcy Court for deposit into the Registry of the Court as unclaimed property, the sum of $2114.16, check #1053178, for the following reason:

The creditor named below has failed or refused to accept Trustees' disbursements in the above referenced case.

PERSONS ENTITLED TO PROPERTY
AND LAST KNOWN ADDRESS:

CITIFINANCIAL INC
P O BOX 70912
CHARLOTTE, NC 28272

Claim #  9

Claim Amount:  $7898.85

Dated:  June 25, 2018

/s/ Beverly M. Burden
Beverly M. Burden, Chapter 13 Trustee
Ky Bar ID: 09330
P O Box 2204
Lexington, KY  40588-2204
notices@ch13edky.com
859-233-1527